UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OWL CREEK BOAT WORKS AND
STORAGE, INC.,

    Plaintiff,

v.

                      Case No. 2:24-cv-682-KCD-DNF

DEJONG & LEBET, INC., M & I
MARSHAL & ILSLEY BANK,
ISAOA, MORTGAGEE; MOTOR
VESSEL CHARLOTTE QUEEN,
ENGINES, TACKLE, FURNITURE,
APPAREL, APPURTENANCES,
ETC., IN REM,; AND DISCOVERY
CHARLOTTE HARBOR, LLC,
OWNER, IN PERSONAM;

    Defendants,
_____/

# ORDER

Plaintiff Owl Creek Boat Works and Storage, Inc. filed this maritime action to recover a lien held against an abandoned vessel. (Doc. 1.) The case is over a year old, yet Plaintiff has still not served Defendants. And the Court twice directed Plaintiff to serve the complaint. The only response from Plaintiff has been a brief that requests "the court to enter final judgment." (Doc. 36.) But no judgment can be entered without service or a request to waive it—neither of which has occurred. *See Strange v. Nescio*, No. 20-80947-CV, 2021

WL 8945480, at *1 (S.D. Fla. Mar. 29, 2021) ("A judgment rendered in the absence of personal jurisdiction is void and without legal effect.").

Under Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.* The deadline in Rule 4(m) has long passed, and Plaintiff was twice told to serve the complaint or face dismissal. (*See* Doc. 31.) Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending deadlines and close the case.

**ORDERED** in Fort Myers, Florida on November 6, 2025.

Kyle C. Dudek
United States District Judge